JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Meridian International Co., Ltd. USA, LLC, <br><br>    Plaintiff, <br><br>  v. <br><br> K. R. Tools, Inc., et al., <br><br>    Defendant. | Case No. **CV 11-10630-JFW (AJWx)** <br><br> **JUDGMENT** |

The Court, having granted the Defendants' Motion for Summary Judgment to Dismiss Complaint Pursuant to Rule 56(a) of Federal Rules of Civil Procedure based on its determination that there was no genuine issue as to any material fact and that Defendants were entitled to judgment as a matter of law on all claims for relief alleged against them,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff Meridian International Co., Ltd. USA, LLC shall recover nothing from any of the named Defendants;

2. Defendants K.R. Tools, Inc., Randy Nulman, and Jeffrey Sottak shall have judgment in their favor on

Plaintiff Meridian International Co., Ltd. USA, LLC 's entire action; and

    3. Defendants K.R. Tools, Inc., Randy Nulman, and Jeffrey Sottak shall recover from Plaintiff Meridian International Co., Ltd. USA, LLC their costs of suit in the sum of $_____.

    The Clerk is ordered to enter this Judgment.

Dated: August 10, 2012         _____
                                     JOHN F. WALTER
                             UNITED STATES DISTRICT JUDGE