1
2
3
4
5                                                            JS-6
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  Meridian International Co., ) Case No. **CV 11-10630-JFW (AJWx)**
    Ltd. USA, LLC,              )
12                              ) **JUDGMENT**
                Plaintiff,      )
13                              )
        v.                      )
14                              )
    K. R. Tools, Inc., et al.,  )
15                              )
                Defendant.      )
16  _____

17      The Court, having granted the Defendants' Motion for
18  Summary Judgment to Dismiss Complaint Pursuant to Rule 56(a)
19  of Federal Rules of Civil Procedure based on its
20  determination that there was no genuine issue as to any
21  material fact and that Defendants were entitled to judgment
22  as a matter of law on all claims for relief alleged against
23  them,
24      IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND
25  DECREED, that judgment is entered in this action as follows:
26      1.  Plaintiff Meridian International Co., Ltd. USA, LLC
27  shall recover nothing from any of the named Defendants;
28      2.  Defendants K.R. Tools, Inc., Randy Nulman, and
    Jeffrey Sottak shall have judgment in their favor on

Plaintiff Meridian International Co., Ltd. USA, LLC 's entire action; and

    3.   Defendants K.R. Tools, Inc., Randy Nulman, and Jeffrey Sottak shall recover from Plaintiff Meridian International Co., Ltd. USA, LLC their costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: August 10, 2012      _____
                                       JOHN F. WALTER
                               UNITED STATES DISTRICT JUDGE

2