UNITED STATES DISTRICT COURT　　　　　　　　　　JS-6
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.　**CV 11-10630-JFW (AJWx)**　　　　　　　　　　Date: September 10, 2012

Title:　Meridian International Co., Ltd. USA, LLC -v- K. R. Tools, Inc., et al.

**PRESENT:**

　　HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

　Shannon Reilly　　　　　　　　　　　None Present
　**Courtroom Deputy**　　　　　　　　　**Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**　　**ATTORNEYS PRESENT FOR DEFENDANTS:**
　　　　　None　　　　　　　　　　　　　　　　　　　None

**PROCEEDINGS (IN CHAMBERS):**　　ORDER DECLINING TO EXERCISE SUPPLEMENTAL
　　　　　　　　　　　　　　　　　　　　　　JURISDICTION OVER COUNTERCLAIM

　　　On December 22, 2011, Plaintiff Meridian International Co., Ltd. USA, LLC ("Plaintiff") filed a Complaint against Defendant K R Tools, Inc., Randy Nulman, and Jeffrey Sottak (collectively "Defendants"), alleging that this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332.  On March 13, 2012, Defendant and Counter-Claimant K R Tools, Inc. filed a Counterclaim for Breach of Implied Covenant Not To Sue, alleging that this Court has supplemental jurisdiction over the Counterclaim pursuant to 28 U.S.C. § 1367.   On August 10, 2012, the Court granted Defendants' Motion for Summary Judgment to Dismiss Complaint Pursuant to 56(a) of Federal Rules of Civil Procedure, dismissed Plaintiff's Complaint with prejudice, and entered judgment accordingly.

　　　In light of the fact that the Court has dismissed the only claims over which this Court has original jurisdiction, and after considering judicial economy, convenience, fairness, and comity, the Court declines to exercise supplemental jurisdiction over K R Tools, Inc.'s Counterclaim.  *See* 28 U.S.C. § 1367(d), *Satey v. JPMorgan Chase & Co.*, 521 F.3d 1087, 1091 (9th Cir. 2008) (quoting *Carnegie-Mellon Univ. v. Cohill,* 484 U.S. 343, 351 (1988)) ("'[I]n the usual case in which all federal-law claims are eliminated before trial, the balance of factors to be considered under the pendent jurisdiction doctrine – judicial economy, convenience, fairness, and comity – will point toward declining to exercise jurisdiction over the remaining state law claims.'").  Accordingly, K R Tools, Inc.'s Counterclaim is **DISMISSED without prejudice**.

　　　IT IS SO ORDERED.